UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BURLIN C. WEBB,

        Plaintiff

    v.                            C-1-07-981

PATRICIA S. ONEY, *et al.*

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 13) and plaintiff's response (doc. no. 15). Neither party has objected to the Report and Recommendation.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 13) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**. Defendant Oney's Motion to Dismiss (doc. no. 5) is **GRANTED** as to all defendants. This case is **DISMISSED AND TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED.**

                                                    s/Herman J. Weber
                                         Herman J. Weber, Senior Judge
                                          United States District Court